## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| THE FIRST LIBERTY INSURANCE CORPORATION | : No. 527 EAL 2015 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| v. | : the Order of the Superior Court |
| | : |
| | : |
| MICHAEL COLL AND COLLEEN COLL | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| JAYDEN ALKER, A MINOR BY HIS PARENTS AND NATURAL GUARDIANS, KEVIN ALKER AND TARA ALKER IN THEIR OWN RIGHT | : |
| | : |
| | : |
| | : |
| PETITION OF: JAYDEN ALKER, A MINOR BY HIS PARENTS AND NATURAL GUARDIANS, KEVIN ALKER AND TARA ALKER | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 29th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

 Mr. Justice Eakin did not participate in the decision of this matter.